IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESTEFANY PEREZ RODRIGUEZ,

   **Plaintiff,**

        v.

MUNICIPALITY OF GUAYNABO,

   **Defendant.**

CIVIL NO. 19-1116(JAG)

## JUDGMENT

Pursuant to the Parties' Motion for Voluntary Dismissal with Prejudice, Docket No. 50, and this Court's Order, Docket No. 51, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, July 28, 2021.

                                            s/ Jay A. Garcia-Gregory
                                            JAY A. GARCIA-GREGORY
                                            U.S. DISTRICT JUDGE